# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3207
LT Case No. 16-2023-CF-1134-A
_____

REGINALD LEE MCKEIVER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Matthew J. Metz, Public Defender and Brian M. Hyer,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Benjamin L. Hoffman,
Assistant Attorney General, Tallahassee, for Appellee.

September 30, 2025

PER CURIAM.

AFFIRMED.

LAMBERT, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____